IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON | CRIMINAL ACTION<br>NO. 13-171-2 |

### ORDER

**AND NOW**, this 28th day of November 2017, it is **ORDERED** that a status telephone conference with counsel for the Government and Defendant Askia Washington will take place on **December 15, 2017 at 2:00 p.m.** Counsel for the Government shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.