**MARK S. GREENBERG, ESQUIRE**
**920 Lenmar Drive**
**Blue Bell, PA 19422**
**267-253-7933**
greenberg@marksgreenberg.com

January 8, 2018

Honorable Joel H. Slomsky
Judge, United States District Court
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:  United States v. Askia Washington, 13-171-02

Dear Judge Slomsky:

    I write to report that the Supreme Court has denied certiorari in the above matter. Accordingly, the time is ripe to hold a telephone conference at the Court's convenience to discuss the issues relevant to Mr. Washington's selective enforcement discovery motion.

                              Respectfully yours,

                              /s/ Mark S. Greenberg

                              MARK S. GREENBERG

cc: Mr. Askia Washington
    AUSA Eric B. Henson