IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON | CRIMINAL ACTION<br>NO. 13-171-2 |

## ORDER

**AND NOW**, this 23rd day of December 2019, upon consideration of the Government's Request for an Extension of Time (Doc. No. 366), it is **ORDERED** that the Government shall produce the information covered in the Court's Order (Doc. No. 365), dated December 6, 2019, on or before January 17, 2020.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.