IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON | CRIMINAL ACTION<br>NO. 13-171-2 |

### ORDER

**AND NOW**, this 27th day of March 2020, upon consideration of Defendant's unopposed Motion for an Extension of Time to File [a] Motion to Vacate Judgment and Dismiss [the] Indictment (Doc. No. 378), is **ORDERED** that Defendant shall file his motion to vacate the judgment and dismiss the indictment by April 8, 2020.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.