IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ASKIA WASHINGTON,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 13-171-2 |

## ORDER

**AND NOW**, this 13th day of January 2021, upon consideration of Defendant's Motion to Vacate Judgment and Dismiss [his] Superseding Indictment (Doc. No. 380), the Government's Response in Opposition to Defendant's Motion (Doc. No. 384), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** that Defendant's Motion (Doc. No. 380) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.