IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ASKIA WASHINGTON,<br><br>          Defendant. | CRIMINAL ACTION<br>NO. 13-171-2 |

## ORDER

**AND NOW**, this 13th day of April 2021, upon consideration of Defendant's Motion for Compassionate Release and Court Appointed Counsel (Doc. No. 396), the Government's Response in Opposition to Defendant's Motion (Doc. No. 397), Defendant's sealed medical records (Doc. No. 398), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 396) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.