IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ASKIA WASHINGTON, | |
| :--- | :--- |
| Petitioner, | |
| v. | CRIMINAL ACTION NO. 13-171-2 |
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 21-620 |
| Respondent. | |

### ORDER

**AND NOW**, this 1st day of July 2021, upon consideration of Petitioner Askia Washington's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 400), the Government's Response in Opposition to Petitioner's Motion (Doc. No. 405), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** as follows:

1. Petitioner's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 400) is **DENIED**.

2. A Certificate of Appealability **SHALL NOT** issue because "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.