IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASKIA WASHINGTON,<br>                Defendant. | CRIMINAL NO. 13-171-2 |

## ORDER

**AND NOW,** this 22nd day of January 2025, upon consideration of Defendant's Pro Se Motion for Compassionate Release (Doc. No. 425), the Government's Response in Opposition (Doc. No. 426), Defendant's Reply (Doc. No. 431), the Government's Supplemental Response in Opposition (Doc. No. 436), the Government's Second Supplemental Response in Opposition (Doc. No. 438), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Pro Se Motion for Compassionate Release (Doc. No. 425) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.